UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

In re:  
Hector R. Canas  
Jeannette Eunice Canas  
Debtor(s)

Case No: 11-46318  
Chapter: 13  
Hon. Judge: Edward D. Jellen

## ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DOCUMENTS

NOW COMES Randall S. Miller & Associates, P.C. and does hereby enter its appearance as counsel for Creditor, OneWest Bank, FSB as servicing agent for Bank of America, N.A.. Said Creditor is a party in interest and pursuant to the Bankruptcy Rules and the Bankruptcy Code does hereby request that all Notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served, whether electronically or otherwise, on:

Randall S. Miller & Associates, P.C.  
15165 Ventura Blvd., Suite 330  
Sherman Oaks, CA 91403  
bankruptcy@millerlaw.biz  
805-804-5616

PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Code, the foregoing demand includes not only notices and appearances referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, e-mail, telephone, fax or otherwise which effects or seeks to affect in any way the rights or interests of said creditor.

This appearance shall act as an appearance of every member of Randall S. Miller & Associates, P.C., and is not limited to the attorney(s) listed below.

Respectfully Submitted,  
Randall S. Miller & Associates, P.C.

Dated: June 24, 2011

/s/ Christopher J. Hoo (256166)  
Attorney for Creditor  
15165 Ventura Blvd., Suite 330  
Sherman Oaks, CA 91403  
choo@millerlaw.biz  
805-804-5616