Christopher J. Hoo (SBN 256166)
RANDALL S. MILLER & ASSOCIATES, PC
15165 Ventura Blvd., Suite 330
Sherman Oaks, CA 91403
Telephone: 818-574-3139
Facsimile:818-256-3003
choo@millerlaw.biz

Attorneys for OneWest Bank, FSB

UNITED STATES BANKRUPTCY COURT
Northern District of California (Oakland)

| In re: | CASE NO. 11-46318 |
|---|---|
| Hector R. Canas | Chapter 13 |
| | Hon. Judge: Edward D. Jellen |
| Jeannette Eunice Canas | No. CJH-001 |
| | |
| | **OBJECTION TO CONFIRMATION** |
| Debtor(s) | |

   NOW COMES OneWest Bank, FSB as servicing agent for Bank of America, N.A., (hereinafter "Creditor") by and through its attorneys, Randall S. Miller & Associates, P.C., and hereby Objects to Confirmation of the Plan as follows:

1.   That Debtor executed a deed of trust and note secured thereby with Mortgage Electronic Registration Systems, Inc., as nominee for MortgageIt, Inc. dated October 25, 2006 and recorded November 2, 2006 as Document Number 2006409695, Alameda County Records:

2.   That said deed of trust is secured by property of the estate that is located at 5311 MILANI AVENUE, NEWARK, CA 94560 and more particularly described as:

Lot 2, in block 5, as said lot and block are shown on the map "Tract 1769, City of Newark, Alameda County, California," filed April 3, 1958, in book 38 of maps, pages 63 and 64, in the office of the County Recorder of Alameda..  That said deed of trust and note have been assigned to Creditor.

3.   That the obligation under said note and deed of trust was in arrears in the amount of $55,736.95at the time of the filing of this bankruptcy.

4. That the plan proposes to cure the arrears but erroneously sets forth same as $15,550.00.

5. That the regular payments on said note and deed of trust are $2,189.92 which is much greater than set out under schedule J. Using the correct regular payments and taking into account schedules I and J there is insufficient income to fund the plan and the plan is therefore unfeasible.

WHEREFORE, Creditor prays that confirmation of the proposed plan be denied.

Respectfully Submitted,

| | |
|---|---|
| | Randall S. Miller & Associates |
| Dated: July 1, 2011 | /s/ Christopher J. Hoo (256166)<br>15165 Ventura Blvd., Suite 330<br>Sherman Oaks, CA 91403<br>choo@millerlaw.biz<br>805-804-5616 |