The following constitutes
the order of the court. Signed April 28, 2014

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                            Case No. 11-46318 MEH
                                                 Chapter 13
HECTOR RONALD CANAS and
JEANNETTE EUNICE CANAS,

                    Debtors./

ORDER AUTHORIZING ENTRY INTO LOAN MODIFICATION AGREEMENT

Upon consideration of debtors' ex-parte motion to allow loan modification, the court hereby authorizes the debtors to discuss and enter into a loan modification with creditor, OneWest Bank / Ocwen Loan Servicing, LLC, provided however, that this order shall not be construed as approving any of the terms of said loan modification.

**END OF ORDER**

COURT SERVICE LIST

ECF Participants