B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Northern District of California

In re Hector Ronald Canas and Jeannette Eunice Canas aka Vilma Jeannette Canas,   Case No. 11-46318

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Ocwen Loan Servicing, LLC
Name of Transferee

OneWest Bank, FSB
Name of Transferor

Name and Address where notices to transferee should be sent:
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. BOX 24605
West Palm Beach FL 33416-4605

Court Claim # (if known): 5
Amount of Claim: $640,667.08
Date Claim Filed: 07/15/2011

Phone: 1-855-689-7367
Last Four Digits of Acct #: 8219

Phone: ___
Last Four Digits of Acct. #: ___

Name and Address where transferee payments should be sent (if different from above):
Ocwen Loan Servicing, LLC
ATTN: CASHIERING DEPARTMENT
1661 Worthington Road, Suite 100, West Palm Beach, FL 33409
Phone: 1-855-689-7367
Last Four Digits of Acct #: 8219

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian H. Tran
    Transferee/Transferee's Agent

Date: 09/03/2014

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.