LAW OFFICES OF LES ZIEVE
BRIAN H. TRAN, ESQ. #255577
LESLIE M. KLOTT, ESQ. #279622
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone: (714) 848-7920
Facsimile: (714) 908-7807
Email: bankruptcy@zievelaw.com

Counsel for Movant, Bank of America, National Association as successor by merger to Countrywide Bank, FSB, fka Countrywide Bank, National Association, fka Treasury Bank, National Association, by Ocwen Loan Servicing, LLC, as servicer

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Hector Ronald Canas and Jeannette Eunice Canas aka Vilma Jeannette Canas,<br><br>Debtors.<br><br>Bank of America, National Association as successor by merger to Countrywide Bank, FSB, fka Countrywide Bank, National Association, fka Treasury Bank, National Association, by Ocwen Loan Servicing, LLC, as servicer, its assignees and/or successors in interest,<br><br>Movant,<br><br>vs.<br><br>Hector Ronald Canas and Jeannette Eunice Canas, Debtors,<br>Martha G. Bronitsky, Trustee,<br><br>Respondents. | Case No.: 11-46318<br><br>RS No. BHT-12582<br><br>CHAPTER 13<br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**HEARING:**<br>Date: March 11, 2016<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>Courtroom 215<br>1300 Clay Street<br>Oakland, CA 94612 |

**MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**

COMES NOW Bank of America, National Association as successor by merger to Countrywide Bank, FSB, fka Countrywide Bank, National Association, fka Treasury Bank,

1

National Association, by Ocwen Loan Servicing, LLC, as servicer ("Movant") by Ocwen Loan servicing, LLC as servicer through the undersigned counsel moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtors. The facts and law supporting this Motion are set forth below and in the Declaration in Support of Motion for Relief from Automatic stay filed contemporaneously herewith (the "Declaration").

## FACTUAL BACKGROUND

1. The Debtors are the owners of real property located at 5311 Milani Avenue, Newark, CA 94560 (the "Property").

2. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtors on June 10, 2011. A Chapter 13 plan was confirmed on September 8, 2011.

3. The Debtors Hector R. Canas and Vilma J. Canas have executed and delivered that certain promissory Note in the original principal amount of $508,000.00 (the "Note"). Movant is an entity entitled to enforce the Note. Movant, directly or through an agent, has possession of the Note. A copy of the Note is attached hereto as **Exhibit "1"**.

4. Pursuant to the Deed of Trust, all obligations of the Debtors under the Note and Deed of Trust with respect to the Loan are secured by the Property. A true and correct copy of the Deed of Trust is attached to the Declaration in Support of Motion for Relief hereto as **Exhibit "2"**.

5. Movant is the assignee of the Deed of Trust. True and correct copies of the assignments of the Deed of Trust are attached to the Declaration in Support of Motion for Relief as **Exhibit "3"**.

6. Ocwen Loan Servicing, LLC ("Ocwen") services the underlying mortgage loan and note for the property referenced in this Motion for Relief for Bank of America, National

2

Association as successor by merger to Countrywide Bank, FSB, fka Countrywide Bank, National Association, fka Treasury Bank, National Association and is entitled to proceed accordingly. Should the Automatic Stay be lifted and/ or set aside by Order of this Court or if this case is dismissed or if the debtor obtains a discharge and a foreclosure action is commenced or recommenced, said foreclosure action will be conducted in the name of Bank of America, National Association as successor by merger to Countrywide Bank, FSB, fka Countrywide Bank, National Association, fka Treasury Bank, National Association. Bank of America, National Association as successor by merger to Countrywide Bank, FSB, fka Countrywide Bank, National Association, fka Treasury Bank, National Association has the right to foreclose because Movant is the original mortgagee or beneficiary or assignee of the security instrument for the referenced loan. Movant, directly or through an agent, has possession of the promissory note and the promissory note is either made payable to Movant or has been duly endorsed.

7. As of January 12, 2016 there are one or more defaults in paying Debtors' post-petition amounts due with respect to the Note. Debtors owe a minimum outstanding obligation amount of $689,942.33.

8. Pursuant to the Note, an additional monthly payment in the amount of $2,732.09 will come due on February 1, 2016.

9. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $850.00 in legal fees and $176.00 in costs. Movant reserves all rights to seek an award or allowance of such fees and costs in accordance with applicable loan documents and related agreements, the Bankruptcy code and otherwise applicable law.

///

///

///

3

10. The following chart sets forth those post-petition payments, due pursuant to the terms of the Note, that have been missed by the Debtors as of January 12, 2016:

| Number of Missed Payments | From | To | Missed Monthly Principal and Interest | Missed Monthly Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| *14* | *11/1/2014* | *12/1/2015* | *$2,163.11* | *$841.41* | *$3,004.52* | *$42,063.28* |
| *1* | *1/1/2016* | *1/1/2016* | *$2,163.11* | *$568.98* | *$2,732.09* | *$2,732.09* |
| Less post-petition partial payments (suspense balance): | | | | | | ($1,926.04) |

**Total:**          **$42,869.33**

## LAW AND ARGUMENT

1. 11 U.S.C. § 362(d)(1) provides that relief from the automatic stay shall be granted for "cause." As set forth in In re Ellis, 60 B.R. 432 (B.A.P. 9th Cir. 1985), failure to make post-petition payments can constitute cause for terminating the automatic stay. As set forth above and in the Declaration filed in support of herewith, Debtors have failed to make 15 post-petition payments.

2. Pursuant to the provisions of 11 U.S.C. § 361 and § 362(d)(1), Movant is entitled to adequate protection of its interest in the Property. In re Pliss, 34 B.R. 432 (Bankr. D. Or. 1983), the Failure to provide Movant with adequate protection is grounds for granting Movant relief from stay. Movant submits that adequate protection in this case requires normal and periodic cash payments, as called for by the Note, plus the repayment of any and all delinquent amounts owed to Movant, including all attorneys' fees and costs incurred in the filing of this Motion. Since the filing of the instant bankruptcy petition Debtors have failed to make the normal cash payments called for by the note.

## PRAYER FOR RELIEF

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

4

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding an effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. For an Order that 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. Movant, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification refinance agreement or other loss mitigation agreement as allowed by state law.

5. Movant may contact Debtors to comply with California Civil Code § 2923.5 or 2923.55 as necessary.

6. For such other relief as the Court deems proper.

DATED: February 17, 2016         LAW OFFICES OF LES ZIEVE

*/s/ Brian H. Tran*

By: Brian H. Tran
Counsel for Movant, Bank of America, National Association as successor by merger to Countrywide Bank, FSB, fka Countrywide Bank, National Association, fka Treasury Bank, National Association, by Ocwen Loan Servicing, LLC, as servicer

5