

Zieve, Brodnax & Steele, LLP
Leslie M. Klott, Esq. #279622
Erin M. McCartney, Esq. #308803
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone: (714) 848-7920
Facsimile: (714) 908-7807
Email: bankruptcy@zbslaw.co

Counsel for Movant,

The following constitutes
the order of the court. Signed May 26, 2016

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Hector Ronald Canas and Jeannette Eunice Canas aka Vilma Jeannette Canas,<br><br>            Debtorss.<br><br>Bank of America, National Association as successor by merger to Countrywide Bank, FSB, fka Countrywide Bank, National Association, fka Treasury Bank, National Association, by Ocwen Loan Servicing, LLC, as servicer, its assignees and/or successors in interest,<br><br>            Movant,<br>vs.<br><br>Hector Ronald Canas and Jeannette Eunice Canas aka Vilma Jeannette Canas, Debtors; Martha G. Bronitsky, Trustee,<br><br>            Respondents. | Case No.: 11-46318<br><br>RS No.: BHT-12582<br><br>Chapter: 13<br><br>**ORDER MODIFYING AUTOMATIC STAY AND FOR ADEQUATE PROTECTION**<br><br>**Hearing:**<br>Date: May 13, 2016<br>Time: 10:00 a.m.<br>Place: Courtroom 215<br>      U.S. Bankruptcy Court<br>      1300 Clay Street<br>      Oakland, CA 94612 |

1

It is hereby ordered by and between Movant Bank of America, National Association as successor by merger to Countrywide Bank, FSB, fka Countrywide Bank, National Association, fka Treasury Bank, National Association, by Ocwen Loan Servicing, LLC, as servicer ("Movant"), and Hector Ronald Canas and Jeannette Eunice Canas ("Debtors"), as follows:

1. **IT IS HEREBY STIPULATED** that the Automatic Stay in the above-entitled Bankruptcy case is vacated and extinguished effective immediately, **but movant shall not pursue foreclosure action for 90 days or entry of discharge, whichever occurs first**. Movant's interest in the subject property generally described as **5311 Milani Avenue, Newark, CA 94560** ("Property") shall remain in effect until the 90 day period has expired or the discharge is entered, whichever occurs first, unless otherwise extinguished by operation of law, provided Debtors comply with all of the provisions set forth below.

2. **IT IS FURTHER STIPULATED** that the Debtors must make regular monthly payments in the amount of $3,004.52 commencing May 1, 2016 until the 90 day period has expired or the discharge is entered, whichever occurs first. All payments due to Movant hereunder shall be paid to Movant at the following address:

> Ocwen Loan Servicing, LLC
> Attention: Cashiering Department
> 1661 Worthington Road, Suite 100
> West Palm Beach, FL 33409

3. **IT IS FURTHER ORDERED** that in the event Debtors fails to comply with the payment provisions set forth in paragraph 2 hereinabove, Movant may provide written notice to Debtors at 5311 Milani Avenue, Newark, CA 94560 and to Debtors' attorney of record, Patrick L. Forte, 1624 Franklin St. #911, Oakland, CA 94612, indicating the nature of the default. If Debtors fail to cure the default with certified funds after the passage of ten (10) calendar days from the date said written notice is placed in the mail, then Movant shall have relief from the automatic stay upon filing a declaration regarding the default and order vacating the automatic stay. The order shall extinguish the stay for all purposes as to Movant, and Movant may proceed with a foreclosure sale of the Property, pursuant to applicable state law, without further court

order or proceeding, and thereafter take any action necessary to obtain complete possession of the Property.

4. **IT IS FURTHER ORDERED** that the foregoing terms and conditions shall only be binding during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Subject Property and/or against Debtors.

5. **IT IS FURTHER ORDERED** that Movant may offer and provide Debtors with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

**IT IS SO STIPULATED:**

Dated: May ___, 2015

Zieve, Brodnax & Steele, LLP

_/s/ Erin M. McCartney_
Erin M. McCartney
Attorney for Movant,
Bank of America, National Association as successor by merger to Countrywide Bank, FSB, fka Countrywide Bank, National Association, fka Treasury Bank, National Association, by Ocwen Loan Servicing, LLC, as servicer

Dated: May 12, 2015

Law Offices of Patrick L. Forte

_/s/ Patrick L. Forte_
Patrick L. Forte
Attorney for Debtors,
Hector Ronald Canas and
Jeannette Eunice Canas

3

COURT SERVICE LIST

4

Case: 11-46318    Doc# 67    Filed: 05/26/16    Entered: 05/26/16 17:02:54    Page 4 of 4